UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **MICHAEL JAMES SULLIVAN** | ) |
| | ) |
| v. | ) No. 2:20-cv-0069 |
| | ) |
| **KILOLO KIJAKAZI** | ) |
| **Commissioner of Social Security** | ) |

## ORDER

Magistrate Judge Holmes has issued a Report and Recommendation ("R&R") (Doc. No. 18) recommending that Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15) be denied and that the Commissioner's decision denying Plaintiff's claim for Disability Insurance Benefits and Supplemental Security Income be affirmed. No objections have been filed.

Having reviewed the matter *de novo* in accordance with Fed. R. Civ. P. 72, the Court agrees with the recommended disposition. Accordingly,

(1) The R&R (Doc. No. 18) is **ACCEPTED** and **APPROVED**;

(2) Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15) is **DENIED**; and

(3) The Commissioner's decision denying benefits is **AFFIRMED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE